Crispin Jimenez RODRIGUEZ, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 04–76260.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 9, 2006.*

Filed Jan. 12, 2006.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Susan E. Hill, Esq., Hill & Piibe, Los Angeles, CA, for Petitioner.

CAC-District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, John R. Cunningham, Esq., Edward C. Durant, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

## MEMORANDUM [**]

Crispin Jimenez Rodriguez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We review for abuse of discretion the denial of a motion to reopen. *Ordonez v. INS*, 345 F.3d 777, 782 (9th Cir.2003). We deny the petition for review.

The BIA acted within its broad discretion in denying Jimenez Rodriguez's motion to reopen based on new evidence of a qualifying relative because Jimenez Rodriguez failed to present evidence the relative would suffer the requisite hardship. *See* 8 C.F.R. § 1003.2(a); *Ordonez*, 345 F.3d at 785 (holding that prima facie eligibility is demonstrated by a showing that there is a reasonable likelihood that the statutory requirements for relief have been satisfied).

Jimenez Rodriguez has also failed to raise a colorable due process claim. *See Torres–Aguilar v. INS*, 246 F.3d 1267, 1271 (9th Cir.2001).

**PETITION FOR REVIEW DENIED.**

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

